IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT GRAY                                                                                       PLAINTIFF

v.                                          Civil No. 2:17-CV-02017

SHERIFF BILL HOLLENBECK and                                                              DEFENDANTS
LT. JACKSON

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 18th day of June 2018.

*/s/ P. K. Holmes, III*
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE